08-CV-00797-CMP

```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

        MAY 2 2 2008    JS

              AT SEATTLE
        CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY
```

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA STOOTS EWING, on behalf of
herself and all others similarly situated,

                              Plaintiff,

          v.

ADMINISTRATIVE SYSTEMS, INC.,

                              Defendant.

No. C08    0797 RAJ

CLASS ACTION COMPLAINT

JURY TRIAL DEMANDED

Plaintiff Brenda Stoots Ewing ("Plaintiff"), on behalf of herself and all others similarly situated, alleges as follows:

## I.    NATURE OF THE CASE

1.    Plaintiff brings this class action against Defendant Administrative Systems, Inc. ("ASI") on behalf of herself and persons throughout the United States who have had their confidential personal data, including, *inter alia*, name, address, date of birth and Social Security Number (hereinafter "Personal Information"), disclosed by Defendant to unauthorized third parties at any time since December 29, 2007.

CLASS ACTION COMPLAINT - 1
010053-11 239393 V1

ORIGINAL

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

SEA 17839   Summons Iss.

2.    Plaintiff is seeking compensatory and punitive damages based on Defendant's general negligence and its violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* Plaintiff also seeks restitution and injunctive relief under the FCRA to redress Defendant's unlawful invasion of the privacy rights of Plaintiff and the proposed Class.

3.    As a consequence of Defendant's failure to protect their Personal Information, Plaintiff and the Class are now faced with the substantial risk that they will become victims of personal identity theft and thereby suffer financial loss and other significant harm. Indeed, Defendant's actions have already caused Plaintiff to incur the direct financial expense of enrolling with a private credit monitoring service to protect against personal identity theft stemming from Defendant's unauthorized disclosure of her Personal Information.

## II.    PARTIES

4.    Plaintiff Brenda Stoots Ewing is a resident of Memphis, Tennessee and is a "consumer" as defined and protected by the FCRA.

5.    Defendant Administrative Systems, Inc. is a licensed third-party administrator and registered broker-dealer located in Seattle, Washington. According to its Internet website: "Founded in 1990, ASI provides integrated and turnkey billing administrative solutions to numerous financial institutions. Our customers include insurance carriers, investment companies, and marketing organizations that specialize in the area of voluntary benefits." (https://www.asibpi.com/about.asp).

## III.    JURISDICTION AND VENUE

6.    This Court has jurisdiction over the federal claims herein pursuant to 28 U.S.C. § 1331. The Court has supplemental jurisdiction over the state common law claim herein under 28 U.S.C. § 1367. Further, this Court has subject matter jurisdiction over this nationwide class action pursuant to 28 U.S.C. § 1332, as amended by the Class Action Fairness Act of 2005, because the amount in controversy exceeds $5 million, exclusive of interest and costs, and this is a class action in which some members of the Class are citizens of states different than Defendant.



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    *See* 28 U.S.C. § 1332(d)(2)(A).  This Court has personal jurisdiction over Defendant because

2    ASI owns and operates a business located within the Western District of Washington and

3    conducts substantial business throughout the United States.

4         7.      Venue properly lies in this District pursuant to 28 U.S.C. § 1391(a)(2) because a

5    substantial part of the acts giving rise to Plaintiff's claims occurred in this District.

## IV.    FACTUAL BACKGROUND

7         8.      Defendant ASI is a licensed third-party administrator that provides certain

8    administrative services for its clients, which include insurance carriers such as AIG American

9    General Life Insurance Company ("American General") and other financial services companies.

10        9.      The services provided by ASI include processing applications for insurance

11   coverage, issuing of insurance plans, managing premium billing and collection for insurance

12   plans, responding to customer service requests, and other record-keeping matters.  In performing

13   such services, ASI is provided with Personal Information about individuals, including names,

14   dates of birth, mailing addresses and Social Security Numbers ("SSN").

15        10.      Upon information and belief, the Personal Information collected and maintained

16   by ASI may also include bank account information provided by individuals for purposes of

17   automatically paying insurance premiums and/or certain personal medical information provided

18   by individuals applying for health insurance.

19        11.      Defendant ASI's Internet homepage includes a Privacy Notice that states the

20   following:

21           Your privacy is a high priority for us and will be treated with the
             highest degree of confidentiality.  In order for us to provide the
22           financial products and services we administer, we need to collect
             certain information from you.  We want to emphasize that we are
23           committed to maintaining the privacy of this information in
             accordance with the law.  All personnel with access to personal
24           information about our customers are required to follow this policy.

25                                              * * *

26



CLASS ACTION COMPLAINT  - 3
010053-11 239931 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

**Confidentiality and Security of Your Non-Public Personal Information**

- We restrict access of non-public personal information about you to only those who need to know about that information to underwrite, process, service or market your accounts administered by Administrative Systems.

- We maintain physical, electronic, and procedural safeguards that comply with state and federal standards to guard your non-public personal information.

12.    The services provided by ASI constitute the furnishing of "consumer reports" within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

13.    Plaintiff and the Class are "consumers" or "persons" as defined under the FCRA §§ 1681a(b-c).

14.    Defendant ASI furnishes consumer reports to its business customers in interstate commerce and is a "consumer reporting agency" within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

15.    Consumer reports may be furnished to any person or entity only for limited permissible purposes, as narrowly defined in the FCRA, 15 U.S.C. § 1681b.

16.    Plaintiff and the Class have a strong expectation of privacy and a privacy interest in their personal identifying information contained in the consumer reports sold, disclosed or distributed by ASI and other consumer reporting agencies.

17.    Defendant failed to establish reasonable security precautions or maintain reasonable administrative procedures to prevent the sale, disclosure or distribution of sensitive Personal Information to unauthorized third parties.

18.    During the relevant time period, ASI, without authorization or consent, disclosed Plaintiff's and the Class members' Personal Information to third parties. In so doing, ASI violated the FCRA and the privacy rights of Plaintiff and the Class who hold a reasonable



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    expectation that their Personal Information shall be maintained in a secure and confidential

2    manner.

3         19.    Plaintiff and the Class have been injured and damaged by the improper disclosure

4    of their sensitive Personal Information.

5         20.    Defendant knows or reasonably should have known that the Personal Information

6    compiled by ASI constitutes consumer reports within the meaning of the FCRA and that those

7    reports were used for purposes other than the permissible purposes set forth under the FCRA.

8    Defendant acted willfully, recklessly and/or in conscious disregard for the rights of Plaintiff and

9    the Class.

10        21.    Defendant breached its duty to prevent the disclosure of Plaintiff's and the Class'

11   Personal Information to unauthorized third parties.

12        22.    Defendant, in reckless disregard of Plaintiff's and the Class's rights, disclosed

13   Plaintiff's and Class members' Personal Information to unauthorized third parties.

14        23.    Plaintiff and the Class now face the real risk of having their personal identities

15   stolen or misused.  Identity theft constitutes a real and growing threat and can severely harm the

16   credit standing and reputation of its victims.

17        24.    Defendant also willfully, recklessly and/or in conscious disregard of Plaintiff's

18   and Class members' rights, failed to notify in a timely manner those consumers whose Personal

19   Information was improperly disclosed to unauthorized third parties.  ASI did not begin to inform

20   those affected by the improper disclosure until up to two months after it discovered the improper

21   disclosure.  Defendant's belated notice was incomplete and inadequate.

22        25.    Plaintiff upon learning that her Personal Information was improperly disclosed,

23   enrolled with LifeLock, a leading provider of identity theft protection and credit monitoring

24   services, at a cost of $110 per year.  Plaintiff paid for one year of services upon enrollment and

25   arranged for automatic renewal whereby successive annual costs will be deducted from her

26   personal credit card.



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1

## V.    CLASS ACTION ALLEGATIONS

2          26.    This action is brought on behalf of Plaintiff, individually and as a class action on

3    behalf of all persons whose Personal Information was compromised and/or improperly disclosed

4    as a result of Defendant's failure to comply with the FCRA and state common law. The Class

5    excludes ASI and its officers, directors, agents or employees.

6          27.    The Class is comprised of thousands of individuals, the joinder of whom would be

7    impracticable. Disposition of the claims in a class action will provide substantial benefits to both

8    the parties and the Court.

9          28.    The rights of Plaintiff and each Class member were violated in a similar fashion

10   based upon Defendant's uniform actions or omissions.

11         29.    Questions of law and fact common to the Class predominate over questions which

12   may affect individual Class members, including the following:

13                (a)    whether ASI is a consumer reporting agency as defined by 15 U.S.C.

14   § 1681a(f);

15                (b)    whether ASI acted with reckless disregard of Plaintiff's and Class

16   members' rights by furnishing Plaintiff's and Class members' Personal Information to

17   unauthorized third parties;

18                (c)    whether ASI negligently violated the FCRA by furnishing Plaintiff's and

19   Class members' Personal Information to unauthorized third parties;

20                (d)    whether ASI violated the FCRA by failing to provide adequate security or

21   protection for Plaintiff's and Class members' Personal Information;

22                (e)    whether ASI failed to properly and timely notify Plaintiff and Class

23   members about the improper disclosure of their Personal Information;

24                (f)    whether ASI had a duty under common law to protect the Personal

25   Information and privacy rights of Plaintiff and the Class;

26



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 ◆ SEATTLE, WA 98101
TELEPHONE (206) 623-7292 ◆ FACSIMILE (206) 623-0594

1    (g)    whether ASI negligently breached its duty to provide adequate security or

2    protection for Plaintiff's and Class members' Personal Information;

3    (h)    whether Plaintiff and Class members have been injured and, if so, the

4    proper measure of damages; and

5    (i)    whether ASI acted or refused to act on grounds generally applicable to

6    Plaintiff and the Class, thereby making appropriate injunctive relief with respect to the Class as a

7    whole.

8    30.    Plaintiff will fairly and adequately represent and protect the interests of the Class

9    in that she has no interest that is antagonistic to or that irreconcilably conflicts with those of the

10    Class.

11    31.    Plaintiff has retained counsel competent and experienced in the prosecution of

12    class action litigation.

13    32.    A class action is superior to all other available methods for the fair and efficient

14    adjudication of Plaintiff's and Class members' claims. Plaintiff and the Class have suffered

15    irreparable harm as a result of Defendant's negligent and unlawful conduct. The damages

16    suffered by individual Class members may be relatively small, and thus few, if any individual

17    Class members can afford to seek legal redress on an individual basis for the wrongs complained

18    of herein. In the absence of a class action, Plaintiff and the Class will continue to suffer losses as

19    a result of Defendant's unlawful conduct.

20                                   **COUNT I**

21                          **GENERAL NEGLIGENCE**

22    33.    Plaintiff incorporates the preceding paragraphs by reference and further alleges as

23    follows:

24    34.    Defendant ASI came into possession of Plaintiff's and the Class members'

25    Personal Information and assumed a duty to exercise reasonable care in safeguarding and

26



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

CLASS ACTION COMPLAINT - 7
010053-11 239931 V1

1   protecting such information from being compromised or improperly furnished to unauthorized

2   third parties.

3       35.    Defendant ASI has an additional duty to timely inform Plaintiff and the Class if

4   their Personal Information has been compromised or improperly furnished to unauthorized third

5   parties.

6       36.    Defendant ASI, through its acts or omissions, breached its duties to Plaintiff and

7   the Class by failing to exercise reasonable care in protecting and safeguarding Plaintiff's and

8   Class members' Personal Information and/or by improperly furnishing such Personal

9   Information to unauthorized third parties.

10       37.    Defendant ASI, through its acts or omissions, breached its duty to timely inform

11   Plaintiff and the Class that their Personal Information had been compromised or improperly

12   furnished to unauthorized third parties.

13       38.    But for ASI's negligent and wrongful breach of duties owed to Plaintiff and the

14   Class, the Personal Information at issue would not have been compromised or improperly

15   furnished to unauthorized third parties

16       39.    As a direct result of ASI's negligence, Plaintiff and the Class suffered actual

17   damages, including, *inter alia*, expenses for credit monitoring and other protective measures,

18   anxiety, emotional distress, loss of privacy, and other economic and non-economic harm.

**COUNT II**

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT**

21       40.    Plaintiff incorporates the preceding paragraphs by reference and further alleges as

22   follows:

23       41.    This is a claim for willful violation of the Fair Credit Reporting Act ("FCRA"),

24   15 U.S.C. § 1681 *et seq.*, as amended by the Fair and Accurate Credit Transactions Act of 2003

25   ("FACTA").

26



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

42. The stated purpose of the FCRA is "to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information." 15 U.S.C. § 1681(b).

43. Under the FCRA § 1681a(f), "[t]he term 'consumer reporting agency' means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports."

44. Under the FCRA § 1681a(d)(1), "[t]he term 'consumer report' means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for," *inter alia,* credit or insurance.

45. Plaintiff and the Class are "consumers" or "persons" as defined under the FCRA §§ 1681a(b-c).

46. Defendant ASI is a "consumer reporting agency" as defined under the FCRA § 1681a(f).

47. The Personal Information maintained by ASI constitutes "consumer reports" as defined under the FCRA § 1681a(d)(1).

48. As a consumer reporting agency, ASI is required under the FCRA § 1681e to maintain reasonable procedures designed to limit the furnishing of consumer reports for the permissible purposes stated under the statute.



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    49.    Defendant willfully failed to comply with the FCRA by knowingly and

2  intentionally disclosing consumer reports to unauthorized third parties, in conscious disregard of

3  Plaintiff's and Class members' rights under the FCRA.

4    50.    As a direct result of ASI's willful violation of the FCRA, Plaintiff and the Class

5  suffered actual damages, including, *inter alia,* expenses for credit monitoring and other

6  protective measures, anxiety, emotional distress, loss of privacy, and other economic and non-

7  economic harm.

**COUNT III**

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT**

10    51.    Plaintiff incorporates the preceding paragraphs by reference and further alleges as

11  follows:

12    52.    This is a claim for negligent violation of the Fair Credit Reporting Act ("FCRA"),

13  15 U.S.C. § 1681 *et seq.,* as amended by the Fair and Accurate Credit Transactions Act of 2003

14  ("FACTA").

15    53.    Defendant ASI provided consumer reports to unauthorized third parties by

16  disclosing, selling or distributing Plaintiff's and Class members' Personal Information to

17  unknown persons or entities who have no legitimate interest in or right to such sensitive data.

18    54.    Defendant ASI disclosed such Personal Information without any permissible

19  purpose under the FCRA.

20    55.    Defendant ASI was negligent in failing to maintain reasonable procedures

21  designed to secure and maintain the privacy and confidentiality of Plaintiff's and Class

22  members' Personal Information and to limit the furnishing of such information for the

23  permissible purposes set forth in the FCRA.

24    56.    As a direct result of Defendant ASI's negligent violation of the FCRA, Plaintiff

25  and the Class suffered actual damages, including, *inter alia,* expenses for credit monitoring and

26



CLASS ACTION COMPLAINT - 10
010053-11 239931 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1   other protective measures, anxiety, emotional distress, loss of privacy, and other economic and

2   non-economic harm.

### VI.   PRAYER FOR RELIEF

4       WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated,

5   respectfully requests that the Court:

6           (a)     certify this matter as a class action pursuant to Rule 23(b)(2) and 23(b)(3)

7   of the Federal Rules of Civil Procedure and appoint Plaintiff as Class Representative and the

8   undersigned as Class Counsel;

9           (b)     enter judgment in favor of Plaintiff and the Class against Defendant under

10  the legal theories asserted herein;

11          (c)     order ASI to enact comprehensive safeguarding measures to protect

12  consumers from future improper disclosure of sensitive Personal Information;

13          (d)     direct ASI to thoroughly investigate and provide a full accounting of all

14  persons potentially affected by the improper disclosure of Personal Information at issue;

15          (e)     award monetary relief to redress any actual or consequential damages

16  suffered by Plaintiff and the Class in an amount to be determined by the jury;

17          (f)     award punitive damages pursuant to the FCRA, 15 U.S.C. § 1681n(2);

18          (g)     award nominal damages under the FCRA 15 U.S.C. § 1681n or § 1681o,

19  or as otherwise permitted under state law, in an amount to proven at trial;

20          (h)     direct ASI to create a fund to compensate Plaintiff and the Class for credit

21  monitoring expenses and other personal identification theft prevention measures, including the

22  appointment of an independent advocate or advisory panel to act in the interests of the Class and

23  administer the fund;

24          (i)     award attorneys' fees, expenses and costs of bringing this action;

25          (j)     award pre-judgment and post-judgment interest at the maximum rate

26  allowed by law; and



CLASS ACTION COMPLAINT - 11
010053-11 239931 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1         (k)    award such other additional relief the Court deems appropriate.

2    ## VII.  JURY TRIAL DEMANDED

3    Plaintiff, on behalf of herself and the Class, respectfully demands a trial by jury on all

4    issues so triable.

5

6    DATED:  May 21, 2008.

7

8    HAGENS BERMAN SOBOL SHAPIRO LLP

9    By

       Anthony D. Shapiro, WSBA #12824
10          Thomas E. Loeser, WSBA #38701
11   1301 Fifth Avenue, Suite 2900
    Seattle, Washington  98101
12   Telephone:  (206) 623-7292
    Facsimile:  (206) 623-0594
13   tony@hbsslaw.com
    toml@hbsslaw.com
14

15   Steven A. Kanner
    Douglas A. Millen
16   Robert J. Wozniak
    **FREED KANNER LONDON & MILLEN LLC**
17   2201 Waukegan Road, Suite 130
    Bannockburn, IL  60015
18   Telephone:(224) 632-4500
    Facsimile: (224) 632-4521
19   skanner@fklmlaw.com
20   dmillen@fklmlaw.com
    rwozniak@fklmlaw.com
21

22   J. Mitchell Clark
    **LAW OFFICES OF J. MITCHELL CLARK**
23   Mail Address:
    P.O. Box 2701
24   Corpus Christi, TX 78403
    Telephone: (361) 887-8500
25   Facsimile:  (361) 882-4500
    Mitchell@txverdict.com
26



CLASS ACTION COMPLAINT - 12
010053-11  239931 V1

1

2      <u>Physical Address:</u>
       Frost Bank Plaza, Suite 2100
3      802 N. Carancahua
       Corpus Christi, TX 78470
4

5      Christopher L. Brown
       **LAW OFFICE OF**
6      **CHRISTOPHER L. BROWN**
       7518 Enterprise Ave.
7      Memphis, TN  38138
       Telephone:(901) 759-3900
8      Facsimile: (901) 751-1135
       chris@clbrownlaw.com
9

10     Attorneys for Plaintiff and the proposed Class

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594